FEE PAID
5/1

FILED

2025 FEB 28 PM 2:26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY MRV

Name: Lisa Joanne Smith
Address: 971 Avenida Ladera
San Dimas, Ca. 91773
Phone: 626-482-1062 and or 909 506 8224
lisagirl1111@aol.com
In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LISA JOANNE SMITH AN INDIVIDUAL

Plaintiff

v.

CITY OF SAN DIMAS CALIFORNIA, EMMETT BADAR MAYOR, ERIC WEBER COUNCILMAN, RYAN VIENNA COUNCILMAN FOR THE CITY OF SAN DIMAS CALIFORNIA
LOS ANGELES SHERIFF DEPARTMENT
LOS ANGELES SHEIFF AERO BUREAU
GOLDEN STATE WATER COMPANY
FEDERAL BUREAU OF INVESTIGATION
UNITED STATES POSTAL SERVICE
VIA VERDE COUNTRY CLUB
ROBERT AND JOCELINE ABDALLAH

Defendants

CASE NUMBER:
2:25-CV-01757-WLH-JC

COMPLAINT FOR INJUNCTION
INVERSE CONDEMNATION
DESTRUCTION OF PRIVATE PROPERTY
PURSUANT TO CAL.CODE CIV. PROC. §1245.260

## COMPLAINT FOR INJUNCTION FOR INVERSE CONDEMNATION DESTRUCTION OF PRIVATE PROPERTY

## I. JURISDICTION

This Court has jurisdiction under U.S.C. 28 1331, U.S.C. 28 1343, 42 U.S.C. 1983

## I. Introduction.

**Comes Now Plaintiff** Lisa Joanne Smith and files her Complaint for Injunction, Inverse Condemnation and Destruction of Property .

Plaintiff files her complaint pursuant to Cal.Code.Civ. Procedure §1245.260. The Court has jurisdiction under U.S.C. 28 1331, U.S.C. 28 §1343, 42 U.S.C.1983.

My name is Lisa Joanne Smith. I currently reside at 971 Avenida Ladera, San Dimas, Ca. I have resided at this address since June of 2004 (21.5 years). Since that date I have experience a great rejection from the City of San Dimas, Ca. 91773. I have attempted on many occasions to contact the Mayor of the City of San Dimas, Ca. concerning leaking from piping which is running along the eastside of my property. This piping is a storm drain which runs South to North of the Street listed by the City of San Dimas, Ca. as "Avenida Ladera". Said Storm drain is not and has not been used in a normal fashion since my purchase of the property address of 971 Avenida Ladera, San Dimas, Ca. 91773. Across the Street from my property is a park in the City of San Dimas named Ladera Sera Park. Attached by land on the East Side of Ladera Sera Park, is a "Water Storage Facility" owned and Operated by Golden State Water Company. The City of San Dimas California owns and operates the drainage piping moving through the Property owned by the Plaintiff , and is responsible for it's upkeep. The City of San Dimas has a fiduciary duty to keep drains which allow waterflow from public streets and usage by Private Companies in proper working condition, so as to allow the normal and peaceful residing by the Property Owner.

Plaintiff made efforts dating prior to Emmett Badar winning the Mayoral election in San Dimas in 2007. While Emmett Badar , acting in the capacity as Mayor , Ignored Plaintiff's letters Concerning leaking and the damage it was inflicting upon the property by the City of San Dimas, and the residents of 961 Avenida Ladera, San Dimas, Ca. 91773. No resolve and continued Damage to my property, I had no other option but to file a claim for damages with the City of San Dimas California. As the City of San Dimas, Ca. living up to the cities past and present representatives failure to co-operate and assist in such matters to include past behavior

concerning public leaking piping owned by the city of San Dimas. City representatives declined to pay the needed funding to correct the leaking piping, or have the private company of Golden State Water Company intervene to pay for the damages. With No options, Plaintiff filed her Initial Lawsuit on December 21, 2023 , requesting monetary Damages for the damage inflicted upon my property. My case was handled by a Court assistant who working closely with the Los Angeles Sheriff 's Department, refused to allow any of the Plaintiff's paperwork to proceed. Judicial officer on the case was Sherilyn Peace Garnet. Who would make decisions on the cuff, as was experienced allowing opposing counsel to filea completely different affidavit, against Rules of Civil Procedure. Plaintiff spoke to and retained council in June 2024. Legal Council requested that the matter be removed from the United States Federal Court, as he had been a clerk with the court forover 15 years, and as stated, the Clerks without proper licensing, make all the decisions on matters, Against Plaintiff's best interests, and in order to retain said council familiar with Inverse Condemnation cases, plaintiff removed said Paperwork.

During the period from filing of December 21, 2023 thru August of 2025, the city of San Dimas Continued to allow their sprinkler systems, to spread water over the edges of Ladera Sera Park, in revenge and rebellion against the Plaintiff. Water was tracked on Property Security Cameras on my property. In addition, The City of San Dimas, Ca. continued to and continue to as of February 25, 2025, allow a river of water to flow through the leaking storm drain by Golden State Water Company, which releases water into the specific drain which runs along my property on a daily basis.

My Home located at 971 Avenida Ladera, San Dimas, Ca. has taken the brunt of the Foolish and irresponsible actions of the City of San Dimas Council personnel, and in specific Emmett Badar Mayor, Eric Weber Councilman, Ryan Vienna Councilman.

Therefore, Plaintiff for these reasons and Pursuant to Cal.Code.Civ Proc. §1245.260 Complaint for Injunction -Inverse Condemnation. Plaintiff Requests that the City of San Dimas, California be ordered to pay damages for interference and improper use of the property resulting In Over Whelming and Serious permanent damage executed upon my home and property.

## II. CONCLUSION

Plaintiff Filed for Inverse Condemnation for the reasons listed below. Plaintiff files under Cal.Code. Civ. Proc. §1245.60. Cal Code Civ Proc § 1036 .Court has Jurisdiction under U.S.C. 28 1331, U.S.C.28 1343, 42 U.S.C.1983. Plaintiff Requests that the court Order the City of San Dimas, Ca. aka Emmett Badar, Mayor, Eric Weber, Councilman, Ryan Vienna Councilman, Erik Nakano, Councilman and Rachel Bratakos Council Member Pay damages in full for damages to the property located at 971 Avenida Ladera, San Dimas, Ca. 91773 and all other remedies \available at law rendered in favor of the Plaintiff.

**SECOND CAUSE OF ACTION**

Plaintiff has been suffering since 2014 concerning the ongoing and aggravated damage executed upon my residence located at 971 Avenida Ladera, San Dimas Ca. has been continued and intentionally effected by Council member Eric Weber. Erik Weber was recorded by Property Security Cameras located at 971 Avenida Ladera, San Dimas, Ca. 91773. Erik Weber stopped at the location on Eastside of the Property facing two palm trees. Erik Weber visited the property, not at reasonable hours, but at 8:OO at night, where the ability to view the property properly, was viewed as an attempt to damage the property. A witness to the incident proceeded outside and followed Erik Weber to Ladera Sera Park, to view what the individual had been executing while next to my residence. Witnessed noticed the lights in the Park were turned off, and what was a Councilmember of the City of San Dimas, Ca. 91773 doing in a Dark Park. Erik Weber was filmed on a mobile security camera attempting to excuse himself and unexplained as to his presence.

From the period of October 15, 2024 thru February 25, 2025 Erik Weber , who is a Law Enforcement Employee, instructed different persons, both Employees of the City of San Dimas, California, and hand picked and with the assistance of the Los Angeles Sheriff Department via Ryan Vienna, also a councilmember of the City of San Dimas, Ca. 91773, to "Trespass" onto the property in violation of Section 9.36.010 of the City of San Dimas Municipal Code. The property contains signage on the property Alerting all with the wording NO TRESPASSING. This Signage is in English and in Spanish, located within inches of Sidewalks crossing the property. Security Cameras will show trespassing by persons hand picked by the City of San Dimas Council members, and with Ryan Vienna conducting assistance via the Los Angeles Sheriff Department, and the Los Angeles Sheriff Dept.Helicopters, and agents to intentionally trespass, and intentionally "Harass" Family members and damage property and create false charges against family members residing to interfere with the Peace and Prosperity granted by Constitution of the U.S.A.

During the period listed of October 15, 2024 thru February 25, 2025, Emmett Badar working with counterpart officials of the Los Angeles Sheriff Department who are also defendants, Erik Weber, also involved in police detectives, and Ryan Vienna an employee of the Los Angeles Sheriff Department Planned and Executed against the Plaintiff by causing damage To my property. Aiding and abetting persons, agent, deputies, during evening hours, agents-Deputies, personnel of the City of San Dimas, Ca. to drive across the property to activate Security Lights, to offer light so that ground personnel with the assistance of Robert and Joceline Abdallah who reside next door, east of my property, to cross their property and Trespass onto my property, to unchain two Palm Trees, which had been chained due to their Growing pattern. This unchaining caused the collapse of both Palm Trees with one damaging A vehicle parked next to one of the Palm Trees. These Events did not happen during the heavy winds which recently caused damages around Southern California. A few days later after damage had been inflicted upon my property, a Los Angeles sheriff Department Vehicle crossed the property slowly with the window open recording the condition of the property in order to confirm the destruction and devaluation of my property. This event took place on different occasions during the period listed.

During the period listed, agents-deputies of the Los Angeles Sheriff Department with the Assistance of Ryan Vienna Councilman for the City of San Dimas, Ca., and the Los Angeles Sheriff Department Aero Bureau, damaged my property in the Rear and Eastside of my Property, during night hours, caused the collapse of my wooden built walkway, by removing Support beams. In addition, using the property and permission of Robert and Joceline Abdallah, And the owners-managers of Via Verde Country Club, assisted in allowing the damage done To my property. Trespassing a violation under 9.32.010 Chapter 9.32 Injury, damaging , unlawful entry, of the San Dimas Municipal Code. Trespassing a violation of 9.32.010 Chapter 9.36 of the San Dimas Municipal Code. For these reasons, Plaintiff Requests Damages And all other remedies available at law for the damage executed against my property by Members of the City Council and Unlicensed Employess of the City of San Dimas .

**CONCLUSION**

Plaintiff Lisa Joanne Smith Requests, Hopes and Prays, that because of the Reasons listed Trespass under 9.32.010 Chapter 9.32 and under 9.32.010 Chapter 9.36 of the San Dimas Municipal Code, that: the City of San Dimas and representatives Emmett Badar Mayor, Eric Weber Councilman, and Ryan Vienna Councilman, be found guilty of Trespass, Injury Damaging Property, Unlawful Entry of the property located at 971 Avenida Ladera, San Dimas, Ca, Aiding and Abetting with intent to injure, harm and damage the home and family of Lisa Joanne Smith. Plaintiff Hopes and Prays that the Court will render any And all monetary damages in the amount of Twelve Million, Three-Hundred and Ninety Five Thousands Dollars against the City of San Dimas, and councilmembers Listed, and all other monetary damages the Court Grants in favor of the Plaintiff

2-28-2025

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-28-2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff Lisa J. Smith

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 02-26-2025

*Sign:* [signature]

*Print Name:* Lisa J. Smith